```
              UNITED STATES DISTRICT COURT FOR THE SOUTHERN
                           DISTRICT OF FLORIDA


                       CASE NO.   : 16-22219-CIV-WILLIAMS


DORA BROCK

                                  NOTICE OF MEDIATION CONFERENCE DATE
     Plaintiff(s),

vs.

CARNVIAL CORPORTION


     Defendant(s).
******************************

     DATE AND TIME:    02/10/2017 Friday 10:00 A.M.*

     LOCATION:         Mediation Facility
                       Bank of America Tower - Suite 1220
                       401 East Las Olas Boulevard
                       Ft. Lauderdale, FL 33301 954-522-9991

     MEDIATOR:         Certified Mediator / Florida Mediation Group, Inc.
                        Orestes "Rusty" Perez, Esq.
                       The mediator is a neutral and may not act as an
                       advocate for any party.

     FEES:             FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION:
                       SEE ATTACHED

     SUMMARY:          The parties are requested to present a SUMMARY of
                       facts and issues to the Mediator five days prior to
                       the scheduled Mediation Conference.

     NOTICE:           Please notify FLORIDA MEDIATION GROUP immediately of
                       any scheduling problems.  If this is Court Ordered,
                       all parties must agree to cancel and/or reset the
                       Mediation.

     *2 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
     THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

                                  s/Allene D. Nicholson
                                  Florida Bar Number 201553
                                  Email mediate@floridamediation.com
                                  FLORIDA MEDIATION GROUP, INC.
                                  44 West Flagler Street
                                  19th Floor
                                  Miami, Florida 33130
                                  (305) 579-9990 Fax 579-9991
                                  FMG File No.: 0-103193
```

```
                                          PAGE 2.
     CASE NO.       : 16-22219-CIV-WILLIAMS
     FMG FILE NO.   : 0-103193
     PLAINTIFF      : BROCK


     Copies on November 22, 2016 to:

     Paul M. Hoffman, Esq.
     Paul M. Hoffman, P.A.
     2881 E. Oakland Park Boulevard
     Penthouse 307
     Ft. Lauderdale   FL   33306
     954-707-5040




     Valentina M. Tejera, Esq.
     Carnival Cruise Lines
     3655 NW 87th Avenue
     Eighth Floor
     Miami   FL   33178
     305-599-2600 Fax 305-406-4732
```

FLORIDA MEDIATION GROUP


F E E   S C H E D U L E


Thank you for choosing FLORIDA MEDIATION GROUP. The following is our fee schedule for this mediation with Orestes "Rusty" Perez, Esq. If you have any problems or questions, please call our office and reference our FMG file number 0-103193.

1 - There will be a 1.5 hour minimum fee charged.

2 - The mediation is billed at $396.00 per party for the first 1.5 hours. Any additional time is billed at $360.00 per hour, rounded to the next half hour, divided equally among the parties.

3 - IF POSSIBLE, PLEASE BRING A DEPOSIT CHECK IN THE AMOUNT OF $396.00 PER PARTY TO COVER THE 2 PARTY, 1.5 HOUR MINIMUM.

   If the final bill is more than $396.00, we will recalculate the cost and bill you.

   If the final bill is less than $396.00, we will refund the difference.

4 - Florida Mediation Group has no relationship with your client(s). Therefore, counsel for each party is responsible for ensuring that mediation fees are paid promptly.

                    TAX ID #47-3700734
      (PLEASE CALL TO MAKE A DIFFERENT ARRANGEMENT IF THIS
       IS NOT POSSIBLE OR CAUSES SUBSTANTIAL DIFFICULTIES!)

5 - The Mediator may charge for cancellations made the day of the scheduled mediation. (NOTE: DO NOT RELY ON THE OTHER SIDE TO NOTIFY FLORIDA MEDIATION GROUP OF ANY CANCELLATIONS).


Thank you very much.



FMG #0-103193
FED.16